1
2
3

THE LAW OFFICES OF DARRYL E. YOUNG, BAR #255894
650 W. 20th Street
Merced, California, 95340
Telephone: (209) 354-3500
Facsimile: (209) 354-3502

4
5

Attorney for Defendant Jose Rene Barrera-Martinez

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  1:22-CR-00232-JLT

12                    Plaintiff,              **MOTION TO TERMINATE CJA
                                             APPOINTMENT OF DARRYL YOUNG AS
13            v.                             ATTORNEY OF RECORD AND ORDER**

14    JOSE RENE BARRERA-MARTINEZ,

15                    Defendant.

16

17

18

19          On July 20, 2023, Defendant Jose Rene Barrera-Martinez was indicted on federal charges

20    by first superseding indictment.  CJA Panel Attorney Darryl Young was appointed to represent

21    Mr. Barrera-Martinez on his criminal case for an initial appearance until learned counsel was

22    appointed.  On August 4, 2023, Mr. Threatt was appointed as learned counsel.  Having completed

23    his representation of Mr. Barrera-Martinez, CJA attorney Darryl Young now moves to terminate

      his appointment under the Criminal Justice Act.

24
            Should Mr. Barrera-Martinez require further legal assistance he has been advised to

25    contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

26    Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-

27

28

1  4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist

2  him/her.

3  Dated:  December 7, 2023                              Respectfully submitted,

4

5                                                       /s/Darryl Young
                                                        Attorney's Name, Attorney for
6                                                       Defendant, Jose Rene Barrera Martinez

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having reviewed the notice and found that attorney Darryl Young has completed the services for which he was appointed, the Court hereby grants attorney Young's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jose Rene Barrera-Martinez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Fresno County Jail
1225 M st
Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **December 11, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE