MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RENE BARRERA-MARTINEZ,<br><br>Defendants. | CASE NO.  1:22-CR-00232-BLW-BAM<br><br>STIPULATION TO SET ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT; AND ORDER<br><br>DATE: March 11, 2025<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      Defendant has been charged in a second superseding indictment and needs to be arraigned on that indictment.

2.      Counsel for defense has arranged coverage counsel on March 11, 2025, at 2 P.M.

3.      The parties request that arraignment for the above-named defendant be set on that date and time.

4.      No exclusion of time is necessary as time has been excluded through July 23, 2025.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 7, 2025                                        MICHELE BECKWITH
                                                            Acting United States Attorney


                                                            /s/ Robert L. Veneman-Hughes
                                                            ROBERT L. VENEMAN-HUGHES
                                                            Assistant United States Attorney


Dated:  March 7, 2025                                       /s/ Jonathan Aminoff
                                                            Jonathan Aminoff
                                                            Counsel for Defendant
                                                            Jose Rene Barrera-Martinez

## ORDER

IT IS SO ORDERED that the arraignment on the second superseding indictment is advanced from March 12, 2025, to **March 11, 2025, at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.


IT IS SO ORDERED.

   Dated:   **March 7, 2025**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE